In the United States District Court
For The District Of Columbia

Kenneth Ray Sanders,
  Petitioner,

Vs.

U.S. Parole Commission,
Federal Bureau Of Prisons,
D.C. Dept. Of Corrections, et. al.,
  Respondents.

**FILED**
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 07 1696

Motion Under Title 28 USC §1915 To Proceed Without Prepayment Of Fees and Affidavit In Support

Comes Now, Kenneth Ray Sanders Pro Se' Petitioner, moving this honorable court to grant him leave to proceed without prepayment of fees in the filing of his motion Under Title 28 U.S.C. §2241. Attached is the aforementioned "2241" and in support of this motion, Petitioner states the following:

① I am an indigent prisoner who has only had a total inmate account balance of $3.85 since my incarceration and;

② I am not presently employed at the institution in which I am detained and housed.

Respectfully Submitted
[signature]

RECEIVED
AUG 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $3.89
YTD Purchases: $3.89
Last Sales Date: 7/25/2007 12:05:40 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

07 1696
**FILED**

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

http://10.33.78.107/UMR/InmateInquiryCombined.aspx                    7/26/2007