**FILED**

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH RAY SANDERS, :
:
    Petitioner, :
:
v. : Civil Action No. 07 1696
:
WARDEN JOYCE FRANCIS, *et al.*, :
:
    Respondents. :

### TRANSFER ORDER

Petitioner brings this habeas action to challenge the calculation of his sentence. The proper respondent in a *habeas corpus* action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). A "district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Therefore, the Court will transfer this matter to the district in which petitioner currently is incarcerated. Resolution of petitioner's application to proceed *in forma pauperis* is left to the transferee court to decide. Accordingly, it is hereby

**ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of West Virginia.

SO ORDERED.

Date: August 31, 2007

                                                        United States District Judge